CA 08-248 GMS

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RTS
ANK

FILED
JUN - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DNK

**Utility Events**

1:08-cv-00248-UNA Watkins v. Danberg et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 5/7/2008 at 3:47 PM EDT and filed on 5/7/2008
**Case Name:**      Watkins v. Danberg et al
**Case Number:**    1:08-cv-248  GMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Case assigned to Judge Gregory M. Sleet (in lieu of Vacant Judgeship). Please include the initials of the Judge (GMS) after the case number on all documents filed. (bkb)**

**1:08-cv-248 Notice has been electronically mailed to:**

**1:08-cv-248 Notice has been delivered by other means to:**

Milek A. Watkins
SBI #355753
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977