03/06 2008 08:27 FAX 302 573 8451          RECEIVED 06/03/2008 09:27          ☑002
                                         CLERK US DIST COURT

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

DATE: ___6/3/08___

TO:        Delaware Department of Corrections
           ATTN: Offender Records/Cheryl A.

FROM:      Clerk, U.S. District Court

RE:    Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

**NAME OF INMATE:**     — Milek A. Watkins          CA 08-248 GMS
                                                     LKA:
**SBI #:**                 SBI #355753
                        — Delaware Correctional Center    904 Whatcoat Dr
Last Known DE Institution:  — 1181 Paddock Road            Apt 31
                           Smyrna, DE 19977               Dover De
                                                          19901

       PETER T. DALLEO, Clerk

       (302) 573-6170   BY: __Bob Cruikshank__
                            Deputy Clerk, U.S. District Court

------------------------------------------

TO:        Clerk, U.S. District Court

FROM:      Delaware Department of Corrections
           ATTN: Offender Records/Cheryl A.

☐ Inmate is located at: (Institution) _____
or
☑ No longer incarcerated. Last known mailing address is: Active on Probation
      904 Whatcoat Dr
      Apt 31
      Dover De 19901

              BY: _____
                   Department of Corrections
                   Offender Records

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUN -3 PM 2: 42