IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILEK A. WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-248-GMS |
| | ) |
| COMMISSIONER CARL C. DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Milek A. Watkins ("Watkins"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 8, 2008, this court entered an order granting Watkins leave to proceed *in forma pauperis* and requiring Watkins to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I.4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Watkins;

THEREFORE, at Wilmington this 31st day of July, 2008, IT IS HEREBY ORDERED that Watkins' complaint is DISMISSED WITHOUT PREJUDICE.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 3 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE